LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# **AMENDED AND CORRECTED**
# CIVIL MINUTES – GENERAL

| Case No. | CV 14-08238-BRO (VBKx) | Date | February 12, 2015 |
|---|---|---|---|
| Title | Jerry Pitre v. Yamaha Motor Co., Ltd et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS)

### ORDER TO SHOW CAUSE

ORDER TO SHOW CAUSE by Judge Beverly Reid O'Connell. Plaintiffs; out of state attorneys James R Dugan, II, Chad Joseph Primeaux, David Baylis Franco, James J Carter and Roderick Alvendia (Counsel) have failed to submit an Application of Non-Resident Attorney to Appear in a Specific Case, along with the $325.00 pro hac vice appearance fee.

Accordingly, Plaintiff is ORDERED TO SHOWCAUSE by the close of business on Monday, March 2, 2015 why the Court should allow Counsel to represent Plaintiff before this Court. Submission of a pro hac vice application with the appropriate fees will satisfy thisOrder.IT IS SO ORDERED (rfi) (Entered: 02/12/2015)

**IT IS SO ORDERED.**

|  | : |
|---|---|
|  Initials of Preparer | rf |